# In the United States District Court
# for the Southern District Of Georgia
# Waycross Division

| | | |
|---|---|---|
| JAY AIKEN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:14-cv-97 |
| | * | |
| v. | * | |
| | * | |
| WARDEN GRADY PERRY; | * | |
| CORRECTIONAL CORPORATION OF | * | |
| AMERICA; COMMISSIONER BRIAN | * | |
| OWENS; DAMON HININGER; and | * | |
| MELODY TURNER, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation dated June 3, 2015 (dkt. no. 19), to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

Pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915, Plaintiff's claims against Defendants Correctional Corporation of America, Brian Owens, Damon Hininger, and Melody Turner are hereby **DISMISSED** for failure to state a claim. In addition, Plaintiff's claims against Defendant Grady Perry based on alleged Fourteenth Amendment violations are **DISMISSED** for

failure to state a claim. Plaintiff's claims against Defendant Grady Perry on Eighth Amendment grounds remain pending.

**SO ORDERED**, this 24 day of July, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA